# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

2008 JAN -2 AM 8: 43

### ARREST ON OUT-OF-DISTRICT OFFENSE

BY _____ DEPUTY

Magistrate Case Number: **08 MJ 0001**

The person charged as _Eliseo RAMIREZ-Fuentes_ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the _Eastern_ District of _California_ with _Deported Alien Found in the United States_, in violation of _Title 8, United States Code, 1326_

_____

_____

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: _12/31/07_

_Ringo M. Rosas_
Ringo Rosas
(Name)

Reviewed and Approved:

Dated: _12/31/07_

_[signature]_
Assistant United States Attorney

No. _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

Eastern District of California

Criminal Division

**FILED**

OCT 25 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## THE UNITED STATES OF AMERICA

vs.

**ELISEO RAMIREZ-FUENTES**
aka Arturo Rodriguez
aka Felipe Ramirez Sanchez

### INDICTMENT     7: · 0 7 CR 0 0 2 7 7 OWW

**VIOLATION(S):** 8 U.S.C. § 1326 (a) & (b) (2) - Deported Alien Found in the United States (Felony)

*A true bill,*

_____ /s/ _____
Foreman.

Filed in open court this 25th day of Oct, A.D. 2007.

_____
Clerk.

Bail, $ No Bail Warrant

GPO 863 525

| | DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT | PER 18 U.S.C 3170 |
|---|---|---|

By: [ ] COMPLAINT  [ ] INFORMATION  [X] INDICTMENT

Name of District Court, and/or Judge Magistrate Location (city)
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO, CALIFORNIA**

---- OFFENSE CHARGED ----

SEE INDICTMENT

___ Petty
___ Minor
___ Misdemeanor
_X_ Felony

Place of Offense
**KERN COUNTY**

U.S.C. Citation
SEE INDICTMENT

DEFENDANT -- U.S. vs.

ELISEO RAMIREZ-FUENTES

Address: 1: · 07 CR 0 0 2 7 7 OWW

Birth Date: 

[X] Male   [ ] Female   [ ] Alien (if applicable)

(Optional unless a juvenile)

---- PROCEEDING ----

Name of Complainant Agency, or Person (& Title, if any)
ICE/OTTO

[ ] this person is awaiting trial in another give name of court.

[ ] this person/proceeding is transferred from per (circle one) FRCrP 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  [ ] U.S. Att'y   [ ] Defense

SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same

[ ] prior proceeding or before U.S. Magistrate this defendant were recorded

MAGISTRATE CASE NO.

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) [ ] Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges
2) [ ] Is a Fugivtive
3) [ ] Is on Bail or Realease from (show District)

**IS IN CUSTODY**
4) [ ] On this charge
5) [ ] On another conviction    [ ] Fed'  [ ] State
6) [ ] Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ___ Yes  ___ No

If "Yes" give date

DATE OF ARREST ►   Mo.  Day  Year

Or ... if arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ►   Mo.  Day  Year

[ ] This report amends AO 257 previously submitted

Name and Office of Person Furnishing information on
THIS FORM: **MARYANN MEDELEZ**

[X] U.S.  [ ] Other U.S. Agency

Name of Asst. U.S.: **IAN L. GARRIQUES**

---- ADDITIONAL INFORMATION OR COMMENTS ----

**BAIL STATUS: ISSUE NO BAIL WARRANT**

## PENALTY SLIP

**DEFENDANT:**  ELISEO RAMIREZ-FUENTES

**VIOLATION:**  8 U.S.C. § 1326 (a) & (b) (2)
Deported Alien Found in the
United States (Felony)

**PENALTY:**  20 years imprisonment
Not more than $250,000 fine

1  McGREGOR W. SCOTT
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

**FILED**

OCT 25 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>  v.  <br> ELISEO RAMIREZ-FUENTES  <br>   aka Arturo Rodriguez  <br>   aka Felipe Ramirez Sanchez,  <br>  Defendant. | CR. NO. 1:07CR00277 OWW  <br> VIOLATION:  <br> 8 U.S.C. § 1326(a) and (b)(2) - Deported Alien Found in the United States (Felony) |

## INDICTMENT

The Grand Jury charges: T H A T

ELISEO RAMIREZ-FUENTES
    aka Arturo Rodriguez
    aka Felipe Ramirez Sanchez,

defendant herein, an alien, on or about March 9, 1998, was excluded, deported, or removed from the United States after being convicted of one or more crimes punishable by a term of imprisonment exceeding one year, specifically:

   Possession of cocaine for sale in violation of California Health and Safety Code § 11351, on or about October 29, 1991, in the Superior Court of Fresno County, California, and sentenced to two years imprisonment;

1

1 and thereafter on or about August 15, 2007, the defendant was
2 found within the State and Eastern District of California, with
3 neither the United States Attorney General or the Secretary of the
4 Department of Homeland Security having expressly consented to a
5 reapplication by the defendant for admission into the United
6 States, in violation of Title 8, United States Code, Section
7 1326(a) and (b)(2).

                                          A TRUE BILL.

                                          /s/
                                          FOREPERSON

McGREGOR W. SCOTT
United States Attorney

By: /s/ Mark K. Oberty (for)
MARK E. CULLERS
Assistant U.S. Attorney
Chief, Fresno Office

2

UNITED STATES OF AMERICA )
v. )
) 1: 07-CR-00277 OWW
ELISEO RAMIREZ-FUENTES )
)

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum                                   ( ) Ad Testificandum.

Name of Detainee: Eliseo Ramirez-Fuentes
Detained at (custodian): Calipatria CSP, Calipatria, CA

Detainee is: a.) (X) charged in this district by:
(X) Indictment          ( ) Information          ( ) Complaint
Charging Detainee With: **8 U.S.C. § 1326(a) & (b)(2) -Deported Alien Found in the United States**

or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) (X) return to the custody of detaining facility upon termination of proceedings
or b.) ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: _____
Printed Name & Phone No: Ian L. Garriques/ 559-497-4000
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum                                   ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date 12/11/07
United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable): Arturo Rodriguez; Felipe Ramirez Sanchez          Male X     Female
Booking or CDC #: F-75169
Release Date: 12/31/07                                                    DOB: 09/14/1961
                                                                          Race:
Facility Phone:                                                           FBI #: 127958AA5
Currently Incarcerated For:

---
**RETURN OF SERVICE**

Executed on _____ by _____

(Signature)

N:\MMedelez\Garriques\ramirez-fuentes\writ.wpd
Form Crim-48

Revised 11/19/97