**Minutes of the United States District Court**
**Southern District of California**
**JANUARY 8, 2008**

HON. __CATHY ANN BENCIVENGO__    DEPUTY CLERK: __L. HERNANDEZ__

---

TAPE NO. CAB08-9:39-9:43

| | | | |
|---|---|---|---|
| 08MJ0001-CAB | USA | vs. | ELISEO RAMIREZ-FUENTES (1)(C) **21802198** |
| DETENTION HRG/ | | | JENNIFER COON, FD (1) |
| REMOVAL & IDENTITY | | | |
| HEARING | | | AUSA: FRED SHEPPARD |

---

DFT WAIVES REMOVAL/IDENTITY HEARING;
WAIVER FILED
COURT ORDERS DFT REMOVED TO EASTERN DISTRICT OF CALIFORNIA;
WARRANT OF REMOVAL ISSUED TO USM

DETENTION HRG NOT HELD; GOVT MOTION TO DETAIN [3-1] - MOOT