1  **JENNIFER L. COON**
   California State Bar No. 203913
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Email: Jennifer_Coon@fd.org

5  Attorneys for Defendant Ramirez-Fuentes

8                    UNITED STATES DISTRICT COURT

9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                   (HONORABLE CATHY A. BENCIVENGO)

11 | UNITED STATES OF AMERICA,           ) | Case No. 08MJ0001
                                         )
12 |         Plaintiff,                  )
                                         )
13 | v.                                  )
                                         ) | **NOTICE OF APPEARANCE**
14 | ELISEO RAMIREZ-FUENTES,             )
                                         )
15 |         Defendant.                  )
                                         )

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead
19 attorney in the above-captioned case.

20                                          Respectfully submitted,

22 Dated: January 10, 2008                   /s/ *JENNIFER L. COON*
                                             Federal Defenders of San Diego, Inc.
23                                           Attorneys for Defendant
                                             Jennifer_Coon@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: January 10, 2008         /s/ *JENNIFER L. COON*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Jennier_Coon@fd.org (email)