# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

FILED 08 JAN 24 AM 9:50
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

January 9, 2008

Clerk, U.S. District Court
EASTERN DISTRICT OF CALIFORNIA
2500 TULARE STREET
FRESNO, CA 93721

Re:   08mj0001-CAB, USA v. Eliseo Ramirez-Fuentes

Dear Clerk of the Court:                    *1: 07-CR-277 OWW*

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | X | Warrant of Removal |
| X | Complaint | ___ | Order of Removal |
| ___ | Minute Order Appointing Counsel | ___ | Detention Order |
| ___ | Corporate Surety Bond | X | Waiver of Removal |
| ___ | Personal Surety Bond | | |
| X | Other  Detention Hearing / Removal/ID Hearing Minutes | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By:     s/J. Hinkle
        Deputy Clerk

RECEIVED
JAN 14
CLERK
EASTERN...
BY_____
    DEPUTY CLERK